IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| $447.00 IN UNITED STATES CURRENCY; $9,474.00 IN UNITED STATES CURRENCY; $250.00 IN UNITED STATES CURRENCY; $400.00 IN UNITED STATES CURRENCY; $3,016.15 IN FUNDS SEIZED FROM CAPITAL ONE BANK ACCOUNT NUMBER XXXXXX9229, HELD IN THE NAME OF WAYNE J. HAWKINS; $10,337.39 IN FUNDS SEIZED FROM SYNOVUS BANK ACCOUNT NUMBER XXX3501, HELD IN THE NAME OF CATHERINE V. HAWKINS AND WAYNE J. HAWKINS; $29,283.89 IN FUNDS SEIZED FROM SYNOVUS BANK ACCOUNT NUMBER XXX9993, HELD IN THE NAME OF CATHERINE V. HAWKINS AND WAYNE J. HAWKINS; $92,192.01 IN FUNDS SEIZED FROM REGIONS BANK ACCOUNT NUMBER XXXXX7651, HELD IN THE NAME OF HAWK INNOVATIVE TECH LLC; $101,304.41 IN FUNDS SEIZED FROM GEORGIA'S OWN CREDIT UNION ACCOUNT NUMBER XXXX4037, HELD IN THE NAME OF CATHERINE V. HAWKINS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 3:21-cv-00122-TCB |

| AND WAYNE J. HAWKINS; | ) |
| $48,177.33 IN FUNDS SEIZED | ) |
| FROM GEORGIA'S OWN | ) |
| CREDIT UNION ACCOUNT | ) |
| NUMBER XXXX4135, HELD IN | ) |
| THE NAME OF CATHERINE V. | ) |
| HAWKINS AND WAYNE J. | ) |
| HAWKINS; AND VARIOUS | ) |
| PRECIOUS METALS, BARS AND | ) |
| COINS DESCRIBED IN | ) |
| ATTACHMENT A, | ) |
|  | ) |
| DEFENDANTS. | ) |

## WARRANT FOR ARREST IN REM

**TO: AUTHORIZED LAW ENFORCEMENT OFFICER**

**PROPERTY DESCRIPTION: VARIOUS PRECIOUS METALS, BARS AND COINS DESCRIBED IN ATTACHMENT A**

WHEREAS, on July 30, 2021 the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Northern District of Georgia against the above-named Defendant property, alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the Defendant property is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the

Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE YOU ARE HEREBY COMMANDED to arrest the above-named Defendant property by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further Order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Issued this 4th day of August, 2021.

KEVIN P. WEIMER, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

By: _____
DEPUTY CLERK

Executed this _____ day of _____, 2021.

_____
Authorized Law Enforcement Officer

_____
Title And Agency

1. Eight Highland Mint "Morgan" design .999 fine silver bars, one troy ounce each;

   21-ATF-017281

2. One hundred Counterfeit Canadian Maple Leaf coins (Silver plate over copper or other base metal), stamped 1oz, only weighing 27.0 grams each; 21-ATF-017283

3. Two hundred fifteen 2013 Canadian Maple Leaf 5 dollar .999 fine silver coins, one troy ounce each;

   21-ATF-017284

4. Nine hundred ninety-nine 90% Silver U.S. Roosevelt Dimes;

   21-ATF-017285

5. Eight hundred eight Assorted Walking Liberty, Franklin and Kennedy U.S. Half Dollars, 90% Silver;

   21-ATF-017286

6. Five hundred 2020 $1 Silver American Eagle coins, one troy ounce each, BU;

   21-ATF-017287

7. Seven hundred seventy Assorted Silver rounds in (32) storage tubes, .999 fine, one troy ounce each;

   21-ATF-017292

8. Twenty-three Highland Mint "Morgan" design .999 fine silver bars, one troy ounce each;

   21-ATF-017294

9. Ten 2017 Canadian Maple Leaf 5 dollar .999 fine silver coins, one troy ounce each;

   21-ATF-017296

10. Five 2020 $1 Silver American Eagle Coins, .999 fine;

    21-ATF-017298

11. Two .999 fine silver coins, one-half troy ounce each, Buffalo copy type design;

    21-ATF-017303

12. Eighty Assorted .999 fine silver coins, one-half troy ounce each; copy design for Silver Eagle and Buffalo;

    21-ATF-017308

13. Ten 1921 US Morgan Silver Dollar Coins, .900;

    21-ATF-017310

14. Six Assorted mint .999 fine silver rounds, one troy ounce each;

    21-ATF-017312

15. Twenty Sunshine Minting .999 fine silver bars, one troy ounce each;

    21-ATF-017314

16. One hundred American Reserve .999 fine silver rounds, one troy ounce each;

    21-ATF-017315

17. Five 2020 $25 Gold American Eagle coins; one-half troy ounce each;

    21-ATF-017316

18. Seventy-five 2021 Australian Kangaroo 1 Dollar, .999 fine silver coins, one troy ounce each;

    21-ATF-017317

19. Ten Assorted Mint .999 fine Platinum bars, one troy ounce each (Valcambi, PAMP Suisse, Credit Suisse, Johnson Matthey);

    21-ATF-017318

20. Eight Assorted .999 fine silver rounds, one troy ounce each (Sunshine Minting and Buffalo type design);

    21-ATF-017319

21. Twenty 2020 $1 American Eagle Silver coins, one troy once each, BU;

21-ATF-017320

22. Twenty Assorted date $50 Gold American Eagle coins (15-2020, 1-1986, 2-1987, 1-1999, 1-2013);

21-ATF-017321

23. One Sunshine Minting .999 fine silver bar, one kilo;

21-ATF-017322

24. Three Sunshine Minting .999 fine silver U.S. Flag bar, one troy ounce each;

21-ATF-017323

25. Four Sunshine Minting .999 fine silver bars, one kilo each;

21-ATF-017324

26. Forty-seven Assorted .999 fine silver bars, ten troy ounces each;

21-ATF-017325

27. Forty Sunshine Minting .999 fine silver bars, five troy ounces each;

21-ATF-017327

28. Ten 2017 "Effigy Mounds" commemorative type .999 fine silver coins, five troy ounces each;

21-ATF-017329

29. Ten 2015 "The Beautiful Saratoga" commemorative type .999 fine silver coins, five troy ounces each;

21-ATF-017330

30. Three hundred fifty 2021 Canadian Maple Leaf 5 Dollar .999 fine silver coins, one troy ounce each;

21-ATF-017331

31. Fifteen PAMP Suisse .999 fine silver bars, one kilo each; (Includes 14 PAMP Certificates);

21-ATF-017332

32. Fifty-two Assorted 90% Silver U.S. Half Dollars, Walking Liberty's and Franklin;

   21-ATF-017333

33. Thirty-seven Silver Quarters;

   21-ATF-017334

34. Two hundred nineteen Silver Dimes;

   21-ATF-017335

35. Four hundred ninety-nine 1 Oz Silver Coins (Queen Elizabeth);

   21-ATF-017336

36. Two hundred fifty-nine Quarters;

   21-ATF-017338

37. Six hundred fifteen Silver Dimes;

   21-ATF-017339

38. Six hundred fifty-five Assorted 90% Silver U.S. Half dollars (10-1964 Kennedy, 196-Franklin, 449 Walking Liberty).
   21-ATF-017340