IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-CV-00122-TCB |
| | ) | |
| $447.00 IN UNITED STATES CURRENCY, | ) | |
| *Et.al.*, | ) | |
|     Defendants, | ) | |
| | ) | |
| WAYNE J. HAWKINS, | ) | |
| CATHERINE V. HAWKINS, and | ) | |
| HAWK INNOVATIVE TECH, LLC, | ) | |
|     Claimants. | ) | |

## CLAIM

Wayne J. Hawkins, Catherine V. Hawkins, (together, the "Hawkins") and Hawk Innovative Tech, LLC ("Hawk") (the Hawkins and Hawk together, the "Claimants") give notice to The United States of America and other interested parties that Claimants asserts a legal interest in the defendant property.

Claimants have right, title and interest to the subject property in that the Defendant Currency identified in the Complaint was seized from the marital home of the Hawkins and is their property; the Defendant Funds identified in the Complaint, except for RB # 7651 are the Hawkins' bank accounts titled in their names as described in the Complaint; the Defendant Fund identified in the Complaint as RB # 7651 is Hawk's bank account titled in its name, and the Defendant Precious Metals, Bars, and Coins identified in the Complaint were seized from the marital home of the Hawkins and are their property.

1

Claimants request the Court to acknowledge Claimants' legal right, title and interest in the Defendant Property and Order the Plaintiff to return the Defendant Property to Claimants and for such other relief as the Court may deem just and proper, legal or equitable.

_____

/s/ John R. Monroe

John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, Ga  30534
Ga. State Bar No. 516193
678-362-7650
jrm@johnmonroelaw.com

ATTORNEYS FOR CLAIMANTS

## VERIFICATION

We, the undersigned, do hereby declare under penalty of perjury that we have read the foregoing and know the contents thereof; that the same is true of our own knowledge. We make this declaration as the Claimants and, as Claimants, the facts are within our knowledge.

Dated the __4__ day of August, 2021

_____
Wayne J. Hawkins

_____
Catherine V. Hawkins

_____
Wayne J. Hawkins, President
Hawk Innovative Tech, LLC