IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>$447.00 IN UNITED STATES CURRENCY; $9,474.00 IN UNITED STATES CURRENCY; $250.00 IN UNITED STATES CURRENCY; $400.00 IN UNITED STATES CURRENCY; $3,016.15 IN FUNDS SEIZED FROM CAPITAL ONE BANK ACCOUNT NUMBER XXXXXX9229, HELD IN THE NAME OF WAYNE J. HAWKINS; $10,337.39 IN FUNDS SEIZED FROM SYNOVUS BANK ACCOUNT NUMBER XXX3501, HELD IN THE NAME OF CATHERINE V. HAWKINS AND WAYNE J. HAWKINS; $29,283.89 IN FUNDS SEIZED FROM SYNOVUS BANK ACCOUNT NUMBER XXX9993, HELD IN THE NAME OF CATHERINE V. HAWKINS AND WAYNE J. HAWKINS; $92,192.01 IN FUNDS SEIZED FROM REGIONS BANK ACCOUNT NUMBER XXXXX7651, HELD IN THE NAME OF HAWK INNOVATIVE TECH LLC; $101,304.41 IN FUNDS SEIZED FROM GEORGIA'S OWN CREDIT UNION ACCOUNT NUMBER XXXX4037, HELD IN THE | CIVIL ACTION NO.:<br>3:21-CV-00122-TCB |

| | |
|---|---|
| NAME OF CATHERINE V. HAWKINS AND WAYNE J. HAWKINS; $48,177.33 IN FUNDS SEIZED FROM GEORGIA'S OWN CREDIT UNION ACCOUNT NUMBER XXXX4135, HELD IN THE NAME OF CATHERINE V. HAWKINS AND WAYNE J. HAWKINS; AND VARIOUS PRECIOUS METALS, BARS AND COINS DESCRIBED IN ATTACHMENT A,<br><br>　　　　DEFENDANTS. | |

## **UNITED STATES OF AMERICA'S MOTION TO SEAL EX PARTE DECLARATION**

Comes now the United States of America, by and through counsel, Ryan K. Buchanan, United States Attorney, and Cynthia B. Smith, Assistant United States Attorney, for the Northern District of Georgia, and respectfully requests that the Ex Parte Declaration of James Nash, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), which is being submitted in support of the United States' Response in Opposition to the motion to lift stay in above-referenced matter be sealed along with this Motion to Seal and any Order issued thereon for the following reasons.

Since approximately March 19, 2020, the ATF has been involved in the criminal investigation of Wayne Hawkins, Catherine Hawkins, and Hawk

Innovative Tech, LLC for manufacturing and selling "solvent traps" that are designed to be and function as firearm silencers. Publicly disclosing the information which is contained in the Declaration could compromise an on-going investigation.

WHEREFORE, the United States of America respectfully moves this Court to order sealed the Declaration in the above-numbered matter, as well as this Motion and any associated Order.

Submitted this 16th day of May 2022.

                                        Respectfully submitted,

                                        RYAN K. BUCHANAN
                                        United States Attorney

/s/CYNTHIA B. SMITH
   CYNTHIA B. SMITH
   Assistant United States Attorney
   Georgia Bar No. 655473
   600 U.S. Courthouse
   75 Ted Turner Drive SW
   Atlanta, GA 30303
   Telephone: (404) 581-6000
   Cynthia.Smith2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>$447.00 IN UNITED STATES CURRENCY; $9,474.00 IN UNITED STATES CURRENCY; $250.00 IN UNITED STATES CURRENCY; $400.00 IN UNITED STATES CURRENCY; $3,016.15 IN FUNDS SEIZED FROM CAPITAL ONE BANK ACCOUNT NUMBER XXXXXX9229, HELD IN THE NAME OF WAYNE J. HAWKINS; $10,337.39 IN FUNDS SEIZED FROM SYNOVUS BANK ACCOUNT NUMBER XXX3501, HELD IN THE NAME OF CATHERINE V. HAWKINS AND WAYNE J. HAWKINS; $29,283.89 IN FUNDS SEIZED FROM SYNOVUS BANK ACCOUNT NUMBER XXX9993, HELD IN THE NAME OF CATHERINE V. HAWKINS AND WAYNE J. HAWKINS; $92,192.01 IN FUNDS SEIZED FROM REGIONS BANK ACCOUNT NUMBER XXXXX7651, HELD IN THE NAME OF HAWK INNOVATIVE TECH LLC; $101,304.41 IN FUNDS SEIZED FROM GEORGIA'S OWN CREDIT UNION ACCOUNT NUMBER XXXX4037, HELD IN THE | CIVIL ACTION NO.:<br>3:21-CV-00122-TCB |

| |
|---|
| NAME OF CATHERINE V. HAWKINS AND WAYNE J. HAWKINS; $48,177.33 IN FUNDS SEIZED FROM GEORGIA'S OWN CREDIT UNION ACCOUNT NUMBER XXXX4135, HELD IN THE NAME OF CATHERINE V. HAWKINS AND WAYNE J. HAWKINS; AND VARIOUS PRECIOUS METALS, BARS AND COINS DESCRIBED IN ATTACHMENT A, |
| DEFENDANTS. |

## **ORDER TO SEAL EX PARTE DECLARATION**

Having read and considered the government's Motion to Seal, for good cause shown,

It is hereby ORDERED that the Ex Parte Declaration of James Nash, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, which is being submitted in support of the United States' Response in Opposition to the Motion to Lift Stay, along with this Motion to Seal and Order, are sealed.

SO ORDERED this _____day of _____, 2022.

_____
THE HONORABLE TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

Presented by:

s/Cynthia B. Smith
Cynthia B. Smith
ASSISTANT UNITED STATES ATTORNEY